**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN M. SALEEBY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.: 1:08-CV-01130 |
| v. ) | |
| ) | Honorable Harry D. Leinenweber |
| CHICAGO MERCANTILE ) | |
| EXCHANGE, INC. et al. ) | |
| ) | |
| Defendant, ) | |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW Plaintiff John M. Saleeby, by and through his undersigned counsel and hereby moves to dismiss the cause without prejudice and for grounds therefore state:

1. There is the necessary party to this action who is an Illinois resident and will destroy diversity of citizenship and accordingly, Plaintiff intends to re-file this matter in the Circuit Court of the Cook County Illinois.

WHEREFORE, Plaintiff request, in the interest of judicial economy, leave of Court to dismiss this matter without prejudice and for such other and further Orders as the Court deems just.

**LAW OFFICES OF VANESSA C. ANTONIOU**

\_\_/s/  Vanessa C. Antoniou_____
Vanessa C. Antoniou
21 North Meramec Ave., 2nd Floor
Clayton, Missouri 63105
Telephone:   (314) 725-1996
Facsimile:    (314) 862-5542
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically this 19th  day of June 2008 to all attorneys of record:

_____/s/Vanessa C. Antoniou