IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN M. SALEEBY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No.:   1:08-CV-01130 |
| v. ) | |
| ) | Honorable Harry D. Leinenweber |
| CHICAGO MERCANTILE ) | |
| EXCHANGE, INC. et al. ) | |
| ) | |
| Defendant, ) | |

## MOTION FOR CONTINUANCE

COMES NOW Plaintiff, by and through his undersigned counsel and hereby request a continuance in the above cause which is currently set for a Hearing on Tuesday, June 24, 2008, at 9:00 a.m. and request that it be placed on the next available docket.   Counsel therefore states that she is out of the Country in Greece and does not return until July 14, 2008.  In lieu of Continuance, Plaintiff's counsel request that this Court grant Plaintiff's Motion to Dismiss without Prejudice.

**LAW OFFICES OF VANESSA C. ANTONIOU**

　/s/  Vanessa C. Antoniou
Vanessa C. Antoniou
21 North Meramec Ave., 2nd Floor
Clayton, Missouri 63105
Telephone:   (314) 725-1996
Facsimile:   (314) 862-5542
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed electronically this 23rd day of June 2008 to all attorneys of record:

                                                 _____/s/Vanessa C. Antoniou