# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1130 | **DATE** | 7/11/2008 |
| **CASE TITLE** | John M. Saleeby vs. Chicago Mercantile Exchange, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Motion to Dismiss without prejudice is granted. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|